Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MILLENIUM CLOTHING, INC.; *et al.*,<br><br>Defendants. | Case No.: CV14-0826-SVW (SSx)<br>*Hon. Stephen V. Wilson Presiding*<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS STAR OF INDIA, INC. AND THE TJX COMPANIES, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

///

///

///

- 1 -

NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Star Fabrics, Inc. hereby dismisses the following defendants from this action *with prejudice*:

a) Defendant Star of India, Inc., an Arizona Corporation; and

b) Defendant The TJX Companies, Inc., a Massachusetts Corporation.

The action will continue as to the remaining Defendants.

                                                DONIGER / BURROUGHS

Date: May 1, 2014              By:    <u>/s/ Annie Aboulian</u>
                                                  Stephen M. Doniger, Esq.
                                                  Annie Aboulian, Esq.
                                                  Attorneys for Plaintiff