1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
3  scott@donigerlawfirm.com
   **DONIGER / BURROUGHS APC**
4  300 Corporate Pointe, Suite 355
   Culver City, California 90230
5  Telephone: (310) 590-1820
6  Facsimile: (310) 417-3538

7  Attorneys for Plaintiff

8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  STAR FABRICS, INC., a California Corporation, | Case No.: CV14-0826-SVW (SSx) <u>*Hon. Stephen V. Wilson Presiding*</u> |
| 12  Plaintiff, | **STIPULATION TO DISMISS DEFENDANT EARTHBOUND TRADING CO., L.P PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| 13 | |
| 14  v. | |
| 15  MILLENIUM CLOTHING, INC.; *et al.*, | |
| 16  Defendants. | |
| 17 | |

- 1 -

STIPULATION TO DISMISS DEFENDANT EARTHBOUND TRADING CO., L.P

WHEREAS, Plaintiff has resolved its claims against Earthbound Trading Co. LP in this action,

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Earthbound Trading Co. LP be dismissed from this action with prejudice.

IT IS FURTHER STPULATED that each party will bear its own costs and fees associated with this action. This action will continue as to the remaining defendants.

Dated: July 28, 2014            By:    /s/ Stephen M. Doniger
                                       Stephen M. Doniger, Esq.
                                       DONIGER / BURROUGHS
                                       Attorneys for Plaintiff

Dated: July 28, 2014            By:    /s/ Rachael A. Saldana
                                       Rachel A Saldana, Esq.
                                       HERMES SARGENT BATES LLP
                                       Attorneys for Defendant Earthbound
                                       Trading Co. LP

Dated: July 28, 2014            By:    /s/ Norman H. Levine
                                       Norman H. Levine, Esq.
                                       GREENBERG GLUSKER FIELDS
                                       CLAMAN & MACHTINGER LLP
                                       Attorneys for Defendant Millenium
                                       Clothing, Inc.

Dated: July 28, 2014            By:    /s/ Jeff D. Neiderman
                                       Jeff D. Neiderman, Esq.
                                       SCHWARCZ RIMBERG BOYD &
                                       RADER LLP
                                       Attorneys for Defendant National Stores,
                                       Inc.

STIPULATION TO DISMISS DEFENDANT EARTHBOUND TRADING CO., L.P