Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MILLENIUM CLOTHING, INC.; *et al.*,<br><br>Defendants. | Case No.: CV14-0826-SVW (SSx)<br>*Hon. Stephen V. Wilson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS DEFENDANT NATIONAL STORES, INC.** |

1

ORDER:

Having reviewed the Parties' stipulation and finding good cause thereon,

IT IS HEREBY ORDERED that defendant National Stores, Inc is dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

**SO ORDERED**.

Date: August 14, 2014        By: _____
                                HON. STEPHEN V. WILSON
                                U.S. DISTRICT COURT JUDGE