1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENIUM CLOTHING, INC., *et al.*,<br><br>Defendants. | Case No.: CV14-0826-SVW (SSx)<br>*Hon. Stephen V. Wilson Presiding*<br><br>**JUDGMENT**<br><br><br>NOTE: CHANGES MADE BY THE COURT<br><br><br>JS-6 |

### JUDGMENT

    This action proceeded to trial before a jury on December 9, 2014 before the Honorable Stephen V. Wilson, U.S. District Judge presiding. Witnesses were sworn and testified. Evidence and argument of counsel were received by the jury. Thereafter, the jury returned its verdict on December 10, 2014, finding Defendant Millenium Clothing, Inc. liable for copyright infringement and awarding $30,000.00 in damages.

**ACCORDINGLY, THE COURT HEREBY ENTERS JUDGMENT FOR PLAINTIFF NOVELTY TEXTILE, INC. AS FOLLOWS:**

1. Plaintiff owns valid copyright in and registration for its Design 64893;

2. Millenium Clothing, Inc. is liable for copyright infringement of Star Fabrics, Inc. design 64893;

3. Judgment is entered against Millenium Clothing, Inc., and in favor of Plaintiff, in the amount of thirty thousand dollars and no cents ($30,000.00), plus costs and attorneys' fees to be decided by this Court; and

4. Post-judgment interest is awarded against Millenium Clothing, Inc., in an amount that is to be calculated from the date of the entry of the judgment at a rate equal to 0.29 percent, or as prescribed by law, computed daily, and compounded annually.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: January 15, 2015  By:_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE STEPHEN V. WILSON