STEPHEN M. DONIGER SBN: 179314
DONIGER LAW FIRM
300 CORPORATE POINTE, SUITE 355
CULVER CITY, CA 902300000
(310) 590-1820
FAX NO. *(Optional)* (310) 417-3538
ATTORNEY FOR Plaintiff:

# UNITED STATES DISTRICT COURT
## Central District - Western Division

**CASE NUMBER:** CV14-826 SVW(SSx)

STAR FABRICS INC.          Plaintiff(s)

v.

MILLENIUM CLOTHING         Defendant(s)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
*(Use separate proof of service for each person/party served)*

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

   a. [X] summons         [ ] first amended complaint    [ ] third party complaint
      [X] complaint       [ ] second amended complaint   [ ] counter claim
      [ ] alias summons   [ ] third amended complaint    [ ] cross claim
      [X] other *(specify)*: Notice to Parties of Court Directed ADR Program; Notice of Assignment to United States Judges; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Notice of Interested Parties; Civil Cover Sheet

2. Person served:

   a. [X] Defendant *(name:)* TJX COMPANIES INC., A MASSACHUSETTS CORPORATION
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      ERNIE HERMAN - PRESIDENT
   c. [X] Address where the papers were served:
      770 COCHITUATE RD.
      FRAMINGHAM, MA 01701

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. [ ] *Federal Rules of Civil Procedure*
   b. [X] *California Code of Civil Procedure*

4. **I served** the person named in Item 2:

   a. [ ] By **Personal Service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] Papers were served on *(date):* at *(time):*

   b. [X] By **Substituted Service**. By leaving copies: DEBRA DAVID - LEGAL REPRESENTATIVE

      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [X] (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [X] Papers were served on *(date):* 2/6/2014 at *(time):* 11:00 AM

      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [X] papers were mailed on Feb 06, 2014 - DECLARATION OF MAILING ATTACHED

      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. [ ] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☒ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   **Name of person served:**

   **Title of person served:**

   **Date and time of service:** *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation(Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   
   Paul Nardizzi
   Janney and Janney Attorney Service, Inc.
   1545 Wilshire Blvd., Ste. 311
   Los Angeles, CA 90017
   (213) 628-6338

   a. Fee for service: $ 250.00
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
      Registration # :
      County:

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 07, 2014     Paul Nardizzi                  *(Signature)*
                            Type or Print Server's Name

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | | FOR COURT USE ONLY |
|---|---|---|
| **STEPHEN M. DONIGER**     SBN: **179314** <br> **DONIGER LAW FIRM** <br> **300 CORPORATE POINTE, SUITE 355   CULVER CITY, CA 902300000** | | |
| TELEPHONE NO.: **(310) 590-1820**    FAX NO. *(Optional)*: **(310) 417-3538** <br> E-MAIL ADDRESS *(Optional)*: **stephen@donigerlawfirm.com** <br> ATTORNEY FOR *(Name)*: **Plaintiff:** | | |
| **USDC - Central District - Western Division** <br> STREET ADDRESS: **312 N. Spring St. #G-8** <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: **Los Angeles, CA 90012** <br> BRANCH NAME: **Central District - Western Division** | | |
| PLAINTIFF/PETITIONER: **STAR FABRICS INC.** <br> DEFENDANT/RESPONDENT: **MILLENIUM CLOTHING** | | CASE NUMBER: <br> **CV14-826 SVW(SSx)** |
| **PROOF OF SERVICE BY MAIL** | | Ref. No. or File No.: |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd., Los Angeles, CA 90017.

On February 06, 2014, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

     **summons;complaint;Notice to Parties of Court Directed ADR Program; Notice of Assignment to United States Judges; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright;Notice of Interested Parties; Civil Cover Sheet**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

     **TJX COMPANIES INC., A MASSACHUSETTS CORPORATION** <br>
     **ATTENTION: ERNIE HERMAN - PRESIDENT** <br>
     **770 COCHITUATE RD.** <br>
     **FRAMINGHAM, MA 01701**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: 250.00

Janney & Janney Attorney Service, Inc. <br>
1545 Wilshire Blvd., Suite 311 <br>
Los Angeles, CA 90017 <br>
(213) 628-6338

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 07, 2014.

Signature: _____ <br>
               ELISA QUINONES

**PROOF OF SERVICE BY MAIL**

Order#: LA402041245 /mailproof

STEPHEN M. DONIGER SBN: 179314
DONIGER LAW FIRM
300 CORPORATE POINTE, SUITE 355
CULVER CITY, CA 902300000
(310) 590-1820
FAX NO. *(Optional)* (310) 417-3538
ATTORNEY FOR Plaintiff:

# UNITED STATES DISTRICT COURT
## Central District - Western Division

| | | |
|---|---|---|
| STAR FABRICS INC. | Plaintiff(s) | **CASE NUMBER:** CV14-826 SVW(SSx) |
| v. | | **PROOF OF SERVICE SUMMONS AND COMPLAINT** |
| MILLENIUM CLOTHING | Defendant(s) | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

   a. ☒ summons ☐ first amended complaint ☐ third party complaint
   ☒ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☒ other *(specify):* Notice to Parties of Court Directed ADR Program; Notice of Assignment to United States Judges; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright;Notice of Interested Parties; Civil Cover Sheet

2. Person served:

   a. ☒ Defendant *(name:)* CONWAY STORES, INC., A NEW YORK CORPORATION
   b. ☒ Other *(specify name and title or relationship to the party/business named):*
   MORRIS COHEN - AUTHORIZED TO ACCEPT SERVICE
   c. ☒ Address where the papers were served:
   39 WEST 37th ST.
   NEW YORK, NY 10018

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. ☐ *Federal Rules of Civil Procedure*
   b. ☒ **California Code of Civil Procedure**

4. I served the person named in Item 2:

   a. ☐ **By Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* at *(time):*

   b. ☒ **By Substituted Service.** By leaving copies: GLORIA DOE - PERSON IN CHARGE
      Age: 59      Weight: 135      Hair: Brown/Gray   Sex: female
      Height: 5'5"  Eyes: Dark       Race: Caucasian    Marks: Glasses

      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☒ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ Papers were served on *(date):* 2/6/2014 at *(time):* 11:58 AM
      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☒ papers were mailed on Feb 10, 2014 - DECLARATION OF MAILING ATTACHED
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of summons and Complaint).

CV-1 (03/10)                    PROOF OF SERVICE - SUMMONS AND COMPLAINT                    PAGE 1
                                                                                            CVV001/LA402041238

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☒ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   Bobby Ali
   Janney & Janney Attorney Service, Inc.
   1545 Wilshire Blvd., Ste. 311
   Los Angeles, CA 90017
   (213) 628-6338

   a. Fee for service: $ 250.00
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
   Registration # :871612
   County:

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **February 12, 2014**     **Bobby Ali**
                    *Type or Print Server's Name*                    *(Signature)*

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>**STEPHEN M. DONIGER** SBN: 179314<br>**DONIGER LAW FIRM**<br>**300 CORPORATE POINTE, SUITE 355   CULVER CITY, CA 902300000**<br>TELEPHONE NO.: **(310) 590-1820**   FAX NO. *(Optional):* **(310) 417-3538**<br>E-MAIL ADDRESS *(Optional):* **stephen@donigerlawfirm.com**<br>ATTORNEY FOR *(Name):* **Plaintiff:** | FOR COURT USE ONLY |

**USDC - Central District - Western Division**
STREET ADDRESS: **312 N. Spring St. #G-8**
MAILING ADDRESS:
CITY AND ZIP CODE: **Los Angeles, CA 90012**
BRANCH NAME: **Central District - Western Division**

PLAINTIFF/PETITIONER: **STAR FABRICS INC.**

DEFENDANT/RESPONDENT: **MILLENIUM CLOTHING**

CASE NUMBER: **CV14-826 SVW(SSx)**

Ref. No. or File No.:

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd., Los Angeles, CA 90017.

On February 10, 2014, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**summons;complaint;Notice to Parties of Court Directed ADR Program; Notice of Assignment to United States Judges; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright;Notice of Interested Parties; Civil Cover Sheet**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

**CONWAY STORES, INC., A NEW YORK CORPORATION**
**ATTENTION: MORRIS COHEN - AUTHORIZED TO ACCEPT SERVICE**
**39 WEST 37th ST.**
**NEW YORK, NY 10018**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: 250.00

Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 12, 2014.

Signature: _____
ELISA QUINONES

**PROOF OF SERVICE BY MAIL**

Order#: LA402041238 /mailproof

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

*Paid 10/27/14*

Stephen M. Doniger
Doniger Burroughs, APC
300 Corporate Point
Suite 355
Culver City, CA 90230-

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Malissa Phillips
mphillips@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|
| Setting Firm: | Doniger Burroughs, APC |
| Taking Attorney: | Stephen M. Doniger |
| Case Name: | Star Fabrics v. Millenium Clothing, Inc. |
| Case No.: | |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| INVOICE NO. | A80B997 AA |
|---|---|
| FIRM NO. | 1206202 |
| INVOICE DATE | 10/15/2014 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Sunil Lulla, taken 10/7/2014. Expedited. | $ 1,311.45 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 1,311.45 |

A service fee of .75% per month will be added to any invoice over 30 days old.

# Grace Garcia

**From:** Regus Meeting Room Reservations [losangeles.howardhughes@regus.com]
**Sent:** Monday, October 06, 2014 11:00 PM
**To:** ggarcia@donigerlawfirm.com
**Subject:** Regus Meeting Room Reminder Booking 42796131
**Attachments:** ATT00004.txt; ATT00007.htm

 

Dear Grace Garcia

Thank you for confirming your booking with Regus. We are delighted to have the opportunity to help. Please find below your booking details.

**Confirmed Booking Summary**
REFERENCE: 42796131
Center: **CA, West Los Angeles - Howard Hughes**
Client: **Doniger/Burroughs, APC**

**Meeting Room Details**

| | |
|---|---|
| Host Name: | **Grace Garcia** |
| Start Date: | **Wednesday, October 08, 2014** |
| Start Time: | **7:00 AM** |
| End Date: | **Wednesday, October 08, 2014** |
| End Time: | **11:00 AM** |
| Delegates: | **1** |
| Room Layout: | **Boardroom** |
| ISDN Number: | **862-240-5339** |
| Internal IP Address: | **38.75.28.137** |
| External IP Address: | **38.75.28.137** |

We are pleased to provide further information on the following services as requested:

| Qty | Service | Rate | Price |
|---|---|---|---|
| 1 | Meeting Room (Room Rate) *Includes 10% Discount* | $0.00 | $0.00 |
| 1 | Video Conferencing - Resource Charge | $936.00 | $936.00 |
| **TOTAL** | | | **$936.00** |

**Due to limited availability, and as a courtesy to other customers, we ask that you notify us if you no longer require the booking on the requested dates.**

* Please Note - prices do not include local tax. The price quoted excludes any prepayment.

**Please use the following details to contact us:**
Phone: **+1 310 242 5200**
Email: **losangeles.howardhughes@regus.com**
Fax: **+1 310 242 5201**

| | |
|---|---|
| **Regus Location Details** | |
| Center: | **CA, West Los Angeles - Howard Hughes** |
| Address: | **Howard Hughes Center** |
| | **6080 Center Drive** |
| | **6th Floor** |
| | **Los Angeles** |
| | **California** |
| | **90045** |
| | **United States of America** |
| | **Click here for a map** |
| Phone | **+1 310 242 5200** |
| Fax | **+1 310 242 5201** |
| Email | **losangeles.howardhughes@regus.com** |
| **Your Company Details** | |
| Client: | **Doniger/Burroughs, APC** |
| Contact Name: | **Grace Garcia** |
| Contact Tel: | **310-590-1820** |
| Contact Email: | **ggarcia@donigerlawfirm.com** |
| Address: | **300 Corporate Pointe** |
| | **Suite 1500** |
| | **Culber City** |
| | **California** |
| | **90230** |
| | **United States of America** |

You have selected to pay by Payment Card.

Disclaimer: Meeting room bookings which overrun or have delegates added at the point of Check In will have all additional charges calculated at the clients standard hourly rate.

Thank you for contacting Regus. We look forward to welcoming you soon.

The information in this email is confidential and may also be privileged. If you are not the intended recipient please notify us immediately.

Please review the terms and conditions for Regus Management Group, LLC

## Grace Garcia

| | |
|---|---|
| **From:** | Video Conference Reservations Team [regus.vcbookings@regus.com] |
| **Sent:** | Monday, September 29, 2014 1:16 PM |
| **To:** | ggarcia@donigerlawfirm.com |
| **Cc:** | NewYork.5PennPlaza@regus.com |
| **Subject:** | Doniger/ Burroughs (CC) - VIDEOCONFERENCE [RG-103127] (10/07/2014) - CONFIRMATION |



Videoconference Reservations　　　　　　　　　　　Phone: +1 (877) 776-9995

## VIDEOCONFERENCE [43804229] - CONFIRMATION

CONFERENCE DATE: **10/07/2014**　　　　　　TIME: **10:00:00 AM to 3:00:00 PM (EASTERN)**
CONFIRMATION #: **RG-103127**　　　　　　　See Local Times for individual sites below.
TITAN CONF #(s): **[43804229]**　　　　　　　REFERENCE #:

### CLIENT INFORMATION

REQUESTOR: **Stephen Doniger**　　　　　　BILLING ADDRESS:
COMPANY NAME: **Doniger/ Burroughs (CC)**
PHONE: **(310) 590-1820**
EMAIL: **kholmes@donigerlawfirm.com**　　　　　,

### Please use the following to contact us:

**Video Conference Reservations Team**
**Phone: United Kingdom : 0800 756 2563 / 0845 300 3585 USA : +1 (877) 776-9995**
**Email: regus.vcbookings@regus.com**

### LOCATION INFORMATION

**Center 1 (IP)**

5 Penn Plaza
23rd Floor　　　　　　　　　　　　　　　　Titan Conf. #: [43804229]
New York, NY 10001 United States
CONTACT: **Center Manager**　　　　　　　# OF PARTICIPANTS: **1**
PHONE: **1 (646) 378-2000**　　　　　　　　LEAD ATTENDEE: **Jed Schlacter and 2 Participants**
CALL ORIGIN: **Receive**　　　　　　　　　LOCAL START TIME: **10:00 am**

| | |
|---|---|
| VIDEO SYSTEM: **(SD) Polycom VSX 7000** | LOCAL ENDTIME: **3:00 pm** |
| ISDN Number: | ROOM NAME: **[672] NY, New York City - Madison Square Garden** |
| IP Address: **97.65.74.40** | AFTER HRS CALL#: **1 (646) 378-2000** |
| | EST. LOCATION CHARGE: **$1095 USD** |

**Customer Location 1 (IP)**
**Howard Hughs - Los Angeles - IP**

| | |
|---|---|
| CALL ORIGIN: **Initiate** | VIDEO SYSTEM: **[VIDEO_SYSTEM_CUSTOMER_RM1]** |
| LOCAL START TIME: **7:00 am** | ISDN Number: |
| LOCAL END TIME: **12:00 pm** | IP Address: |
| | TECHNICAL CONTACT: **Please Provide Please Provide** |

SPECIAL INSTRUCTIONS:

**CANCELLATION POLICY**
Less Than 24 Hours: 100% of all Scheduled Charges, Excluding Network
25+ Hours Prior: No Cancellation Fee
Call (UK) 0800 756 2563 / 0845 300 3585 or (USA) +1 (877) 776-9995 to change or cancel this reservation. Cancellation window time excludes non-business days.

**TEST CALL**
Please schedule a test call with the confirmed location at least 24 hours prior to the start of the conference. Primary attendee should arrive at the location 15 minutes prior to the conference. Should the attendee experience technical difficulties a Regus representative should be notified immediately or all charges will be assessed.

Visit http://www.regus.com/ for information on the additional services and location specifics.

You are responsible for the charges set forth in this confirmation, including any additional goods and services provided in connection with your conference. Cancellation charges apply as set forth above.

*Disclaimer: Meeting room bookings which overrun or have delegates added at point of checking will have all additional charges calculated at the clients standard hourly rate.

*This document transmission is privileged and confidential. It is only for the person named above. If you have received this in error, please notify us at +1 (877) 776-9995 and then destroy the document immediately. Thank you.*