UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-00826-SVW-SS | Date | February 23, 2015 |
|---|---|---|---|
| Title | Star Fabrics Inc v. Millenium Clothing Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen M. Doniger | Norman Levine |

**Proceedings:**   [125] MOTION for Attorney Fees filed by Plaintiff Star Fabrics Inc.

Hearing held.  The motion is submitted.  Order to issue.

|  | 1 | : | 01 |
|---|---|---|---|
| | Initials of Preparer | | PMC |