FILED
CLERK, U.S. DISTRICT COURT

Apr 28, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENIUM CLOTHING, INC., *et al.*,<br><br>Defendants. | Case No.: CV14-0826-SVW (SSx)<br><u>Hon. Stephen V. Wilson Presiding</u><br><br>[~~PROPOSED~~] SECOND AMENDED JUDGMENT |

### [~~PROPOSED~~] JUDGMENT

This action proceeded to trial before a jury on December 9, 2014 before the Honorable Stephen V. Wilson, U.S. District Judge presiding. Witnesses were sworn and testified. Evidence and argument of counsel were received by the jury. Thereafter, the jury returned its verdict on December 10, 2014, finding Defendant Millenium Clothing, Inc. liable for copyright infringement and awarding $30,000.00 in damages.

Plaintiff timely filed a motion for costs and attorneys' fees which this Court granted on April 1, 2015, awarding to Star $75,904.65 in reasonable attorney fees and $4,757.08 in costs.

**ACCORDINGLY, THE COURT HEREBY ENTERS JUDGMENT FOR PLAINTIFF STAR FABRICS, INC. AS FOLLOWS:**

1. Plaintiff owns valid copyright in and registration for its Design 64893;

2. Millenium Clothing, Inc. is liable for copyright infringement of Star Fabrics, Inc. design 64893;

3. Judgment is entered against Millenium Clothing, Inc., and in favor of Plaintiff, in the amount of one hundred ten thousand six hundred sixty one dollars and no cents ($110,661.73); and

4. Post-judgment interest is awarded against Defendant Millenium Clothing, Inc., Inc. in an amount that is to be calculated from the January 15, 2015 (per Docket No. 123) at a rate equal to 0.29 percent, or as prescribed by law, computed daily, and compounded annually.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: _____April 28_____, 2015   By:_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE STEPHEN V. WILSON